# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 24-1431　　　　　　**Short Title:** Sutherland v. Peterson Oil Srv.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

_____ as the

[ ] appellant(s)　　　　[✔] appellee(s)　　　　[ ] amicus curiae

[ ] petitioner(s)　　　　[ ] respondent(s)　　　　[ ] intervenor(s)

/s/ Brian Dougan　　　　　　　　　　5/2/2024
Signature　　　　　　　　　　　　　　Date

Brian Dougan
Name

Cifra Dougan, LLP　　　　　　　　　401-367-4444
Firm Name (if applicable)　　　　　　Telephone Number

128 Dorrance Street, 6th FL　　　　　800-335-0285
Address　　　　　　　　　　　　　　Fax Number

Providence, RI   02903　　　　　　　bdougan@cgdllaw.com
City, State, Zip Code　　　　　　　　Email (required)

Court of Appeals Bar Number: 1212289

Has this case or any related case previously been on appeal?

[✔] No　　　　[ ] Yes   Court of Appeals No._____

==============================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).