UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

NO. 24-1431

JESSE SUTHERLAND

Plaintiff - Appellant

v.

PETERSON OIL SERVICE, INC.,

Defendant - Appellee

## **WITHDRAWAL OF APPEARANCE AS COUNSEL**

Pursuant to Local Rule 12(b) Robert Young, II hereby requests leave of Court to withdraw his appearance as counsel for the Appellee Peterson Oil Service, Inc. Successor counsel has entered his appearance and will represent the Appellee in this appeal and all related matters.

ATTORNEY FOR PETERSON'S OIL SERVICE, INC.

*/s/ Robert Young, II*
Robert Young, II (#650541)
BOWDITCH & DEWEY, LLP
200 Crossing Blvd., Ste 300
Framingham, MA 01702
Telephone:  617-757-6537
Facsimile:  508-929-3137
E-mail: ryoung@bowditch.com

4876-1779-1421.1

2

## CERTIFICATE OF SERVICE

      I certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 16, 2024.

                      */s/ Robert Young, II*
                      Robert Young, II

4876-1779-1421.1